# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157813-5(64)(65)(66)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JESSIE HAYES,
       Defendant-Appellant.
_____

SC: 157813
COA: 339543
Oakland CC: 1990-097706-FC

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DONYELLE MICHAEL BLACK,
       Defendant-Appellant.
_____

SC: 157814
COA: 339544
Oakland CC: 1988-083715-FC

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JEMAL TIPTON,
       Defendant-Appellant.
_____/

SC: 157815
COA: 339547
Oakland CC: 1987-078538-FC

On order of the Chief Justice, the motions of defendants-appellants to extend the time for filing their replies are GRANTED. The replies will be accepted as timely filed if submitted on or before August 28, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



Clerk